# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ROBERT DINGLE, JR.

                              Plaintiff,

     -against-                              1:11-cv-02879-CBA-VVP

BIMBO BAKERIES USA

                              Defendant.

-----------------------------------------------------------X

## AFFIDAVIT OF KRISTIN L. PLUDE, ESQ. IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF NEW YORK )

        Kristin L. Plude, an attorney duly admitted to practice law before this Court, states under penalty of perjury as follows:

        1.     I am an attorney with Jackson Lewis LLP, the attorneys of record for Defendant.

        2.     I am fully familiar with the facts and procedural history of the instant matter and make this Affidavit based upon a review of the files in my office.

        3.     I make this Affidavit in support of Defendant's Motion to Dismiss.

4. Attached hereto as Exhibit 1 are copies of unreported cases cited in Defendant's Memorandum of Law in Support of its Motion to Dismiss which are being provided to Plaintiff; per the Court's direction, copies are not submitted with the Court filing.

5. Attached hereto as Exhibit 2 is a copy of the Notice to Pro Se Litigant Who Opposes a Rule 12 Motion Supported by Matters Outside the Pleadings.

WHEREFORE, it is respectfully requested that the Court grant Defendant's Motion to Dismiss the Complaint, with prejudice; and for such other relief as the Court may deem just and proper.

_____
Kristin L. Plude

Sworn to before me this
6th day of December 2012

_____
Notary Public

Alexander Leonard
Notary Public, State of New York
No. 02LE6208422
Qualified in Queens County
Commission Expires June 29, 2013

4817-3594-9586, v. 1