# EXHIBIT   1

Per Local Civil Rule 7.2, copies
of unreported cases are being
sent exclusively to Plaintiff and
attached as Exhibit 1 .