# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ROBERT DINGLE, JR.

                          Plaintiff,

    -against-                                1:11-cv-02879-CBA-VVP

BIMBO BAKERIES USA

                        Defendant.

------------------------------------------------------------X

## DECLARATION OF JEANNE CARRIERI

        Pursuant to 28 U.S.C. §1746, I hereby declare, under penalty of perjury, that the following is true and correct:

1.     I am currently the Human Relations Manager of Bimbo Bakeries USA, the defendant in the above-referenced matter ("Defendant"). I am fully aware with the facts set forth herein, either based on my own personal knowledge or based on my review of the pertinent business records of Defendant.

2.     I offer this declaration in support of Defendant's Memorandum of Law in Support of its Motion to Dismiss ("Motion to Dismiss").

3.     Defendant bakes and distributes several brands and varieties of fresh bread and cakes for ultimate sale to grocery stores, fast-food chain restaurants and other outlets. Such products are distributed from various depots across the country, including the Brooklyn, New York depot at which Plaintiff Robert Dingle, Jr. worked (the "Brooklyn Depot").[1]

---

[1] Stroehmann Line-Haul LP (not "Bimbo Bakeries USA") was the employer of Plaintiff. As such, Defendant, hereby requests that it be substituted in the above-reference matter in place of "Bimbo Bakeries USA." Bimbo Bakeries USA is a trade name

4. My duties and responsibilities as Human Relations Manager include, among other things, overseeing human resource matters at the Brooklyn Depot, such as circulating policies and procedures and the relevant collective bargaining agreement.

5. At all times during Mr. Dingle's employment, he was a member of the Bakery, Confectionery, Tobacco Workers and Grain Millers International, AFL-CIO Union Local No. 3 (the "Union"). The relationship between Defendant and the Union is governed by a collective bargaining agreement.

6. Attached hereto as Exhibit 1 are true and correct excerpts of the applicable Collective Bargaining Agreement between Bakery, Confectionery, Tobacco Workers and Grain Millers' International Union, AFL-CIO, Local No. 3, and Entenmann's Inc., effective March 9, 2008 through March 8, 2014.

Pursuant to 28 U.S.C. §1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on this 6 day of December, 2012

_____
JEANNE CARRIERI

4842-1969-4354, v. 1