

Representing Management Exclusively in Workplace Law and Related Litigation

**Attorneys at Law**

Jackson Lewis P.C.
1010 Washington Boulevard
7th Floor
Stamford, CT 06901
Tel 203 961-0404
Fax 203 324-4704
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | STAMFORD, CT |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

March 14, 2016

**VIA ECF**

Honorable Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Robert Dingle, Jr. v. Bimbo Bakeries USA*
Case No. 1:11-cv-02879-CBA-VVP

*Robert Dingle, Jr. v. Entenmann's/Bimbo*
*Bakeries USA*
Case No. 2:13-cv-3913 (CBA) (VVP)

Dear Judge Pohorelsky:

This Firm represents Defendant Stroehmann Line-Haul, LP (sued herein as Entenmann's/Bimbo Bakeries USA) ("Defendant") in connection with the above-referenced matters.[1]

In accordance with the February 4, 2016 Minute Entry [Doc. No. 73], we write to request to appear via telephone on behalf of Defendant at the April 6, 2016 status conference. This request is sought to accommodate the undersigned counsel's previous commitment to a secondment at a client of the Firm in Westchester County, New York.   Attorney A. Robert Fischer, who also has an appearance in this case, is based in Austin, Texas.

---

[1] Stroehmann Line-Haul, LP ("Stroehmann"), not "Entenmann's/Bimbo Bakeries USA," is the employer of Plaintiff. Therefore, Stroehmann is requesting that it be substituted in the above-reference matter in place of "Entenmann's/Bimbo Bakeries USA."



Thank you for your attention to this matter.

Respectfully Submitted,

JACKSON LEWIS P.C.

Kristin L. Witherell

cc:   Hon. Carol Bagley Amon (via ECF)

Robert Dingle, Jr. (via U.S. Mail)
115-51 217th Street
Cambria Heights, NY 11411

4836-8767-9279, v. 1