UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERT DINGLE JR.,

                Plaintiff,

- v -
                                            11-CV-2879 (CBA) (VVP)

BIMBO BAKERIES USA/ENTENMANN'S

                Defendant.
------------------------------------------------------------x
ROBERT DINGLE JR.,

                Plaintiff,

- v -
                                            13-CV-3913 (CBA) (VVP)

ENTENMANN'S/BIMBO BAKERIES USA

                Defendant.
------------------------------------------------------------x

## ORDER

        As the defendant has advised that their representative will not be available on the date previously set by the court for a settlement conference in this matter, the conference is adjourned to **May 3, 2016 at 10:30 a.m.**, which was the alternate date discussed with the parties.  The defendant's settlement statement, limited to three pages, is accordingly now due by the close of business on May 2, 2016.  It may be submitted *ex parte*.  (Chambers Fax: 718-804-2723).

                                                  **SO ORDERED:**

                                              *Viktor V. Pohorelsky*
                                              VIKTOR V. POHORELSKY
                                              United States Magistrate Judge

Dated:    Brooklyn, New York
              March 15, 2016