BEFORE:   VIKTOR V. POHORELSKY              DATE:        5/3/16
          U.S. MAGISTRATE JUDGE             START TIME:  10:30 a.m.
                                            END TIME:    1:15 p.m.
DOCKET NOS. See Below                       JUDGE:       CBA

CASE NAME:   CV-11-2879 – Dingle v. Bimbo Bakeries, USA, et al.
             CV-13-3913 – Dingle v. Bimbo Bakeries USA/Entenmann's

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Settlement

APPEARANCES:   Plaintiff     Robert Dingle, pro se
               Defendant     Kristin Leigh Witherell, Jackie Lowther (rep)
                             (Bimbo/Entenmann's)

SCHEDULING AND RULINGS:

1.   Settlement discussions held; settlement not reached.

2.   As the discussions during the conference consist primarily of *ex parte* confidential communications between the court and the parties individually, the recordings of the conference are hereby ordered to be sealed and they are to remain sealed absent further order of the court.

3.   The next conference will be held by telephone on **June 22, 2016 at 10:00 a.m.**, to be initiated by counsel for the defendant (Chambers: 718-804-2721).